THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIFER L. WILLIAMS (Cal. State Bar No.: Pending)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5862
    Facsimile: (213) 894-0141
    E-mail: jennifer.williams6@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-3106 M |
| Plaintiff, | ) | [~~proposed~~] ORDER FOR DESIGNATING AND DETAINING A MATERIAL WITNESSES WITH APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |
| v. | ) | |
| DEMETRIO MARTINEZ-ZARATE, | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be material witnesses in the above-captioned case:

    LUIS HERNANDEZ-OROSCO

IT IS HEREBY FURTHER ORDERED that this aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the

///
///
///
///

1 | alternative, released under the following conditions to assure
2 | his presence at trial:
3 |     (1) the furnishing of a $5,000 appearance bond secured by a
4 | third-party affidavit of surety without justification (with
5 | approval of the surety by Pre-trial Services); and
6 |     (2) Pre-trial Services supervision.
7 | (3) Travel restricted to CD and Dist where affiant resides; however, no travel to SD Calif.

10 | 12/29/08
DATE

THE HONORABLE ROSALYN M. CHAPMAN
United States Magistrate Judge

13 | Presented by:

15 | *[signature]*
JENNIFER L. WILLIAMS
Assistant United States Attorney

2