```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIE L. WANG (Cal. Bar No. 233392)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
     Telephone:  (213) 894-2450
     Facsimile:  (213) 894-0141
     E-mail:     jennie.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-3106M |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR DESIGNATING |
| | ) AND DETAINING A MATERIAL WITNESSES |
| v. | ) WITH APPEARANCE BOND SECURED BY |
| | ) THIRD PARTY AFFIDAVIT OF SURETY |
| DEMETRIO MARTINEZ-ZARATE, | ) WITHOUT JUSTIFICATION |
| Defendant. | ) |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be material witnesses in the above-captioned case:

**ISIDRO RODRIGUEZ-RUBIO**

IT IS HEREBY FURTHER ORDERED that this aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative,

//
//
//
//

1 | released under the following conditions to assure his presence at
2 | trial:
3 |     1.   the furnishing of a $5,000 appearance bond secured by a
4 | third-party affidavit of surety without justification (with approval
5 | of the surety by Pre-trial Services); and
6 |     2.   Pre-trial Services supervision.
7 | IT IS SO ORDERED.

January 7, 2009
DATE

HONORABLE JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

JENNIE L. WANG
Assistant United States Attorney